IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONNIE LAWSON, | Civil No. 3:17-cv-2276 |
| Plaintiff | (Judge Mariani) |
| v. | |
| USP-LEWISBURG FOOD SERVICES AND HEALTH SERVICES, | |
| Defendant | |

## ORDER

**AND NOW**, this 2nd day of May, 2018, upon consideration of Plaintiff's motion (Doc. 8) for reconsideration, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 8) is **DENIED**.

Robert D. Mariani
United States District Judge